|                                      |   |                                 |
|--------------------------------------|---|---------------------------------|
| **PETER HILBURN,**                   | : | UNITED STATES DISTRICT COURT    |
|                                      | : | DISTRICT OF NEW JERSEY          |
| Plaintiff(s),                        | : |                                 |
|                                      | : | Hon. William J. Martini         |
| -vs-                                 | : | Civil Action No. 07-6064 (WJM)  |
|                                      | : |                                 |
| **N.J. DEPT. OF CORRECTIONS, et al.,**| : | **FINAL PRETRIAL**             |
|                                      | : | **SCHEDULING ORDER**            |
| Defendant(s).                        | : |                                 |

**IT IS** on this 9th day of March, 2010

**ORDERED THAT:**

1. A **Final Pretrial Conference** shall be conducted pursuant to Civil Rule 16(d) on **Tuesday, May 4, 2010 at 10:00 a.m.** before the undersigned at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.

2. All counsel are directed to assemble at the office of plaintiff's counsel not later than ten (10) days before the pretrial conference to prepare the Pretrial Order in the form and content required by the Court. Agreed upon jury instructions, verdict sheet, voir dire, trial briefs and a neutral statement limited to one page or less setting forth the issue(s) of the case to be read to the jury by the Court before openings are to be included in counsels' submissions. Plaintiff's counsel shall prepare the Pretrial Order and shall submit it to all other counsel for approval.

3. The original of the Pretrial Order and all required submissions shall be delivered to Chambers on or before **Friday, April 30, 2010**. All counsel are responsible for the timely

submission of the Pretrial Order.  A copy of Judge Martini's form of Final Pretrial Order and other instructions have been supplied to you.

                                                                    s/Mark Falk
                                                                    **MARK FALK**
                                                                    **United States Magistrate Judge**