**LUM, DRASCO & POSITAN LLC**
103 Eisenhower Parkway
Roseland, NJ 07068-1049
(973) 403-9000
(973) 403-9021 (FAX)
Attorneys for Defendants, State of New Jersey
Department of Corrections, Al Ortiz, James
Barbo, George Hayman, and William Plantier.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER HILBURN, | Civil Action No. 2:07-CV-06064 WJM-MF |
| Plaintiff, | Honorable William J. Martini |
| v. | |
| STATE OF NEW JERSEY DEPARTMENT OF CORRECTIONS; AL ORTIZ, individually and in his official capacity; GERALD KENNEDY, individually and in his official capacity; FRED ARMSTRONG, individually and in his official capacity; JAMES BARBO, individually and in his official capacity; GEORGE HAYMAN, individually and in his official capacity; and WILLIAM PLANTIER, individually and in his official capacity. | ORDER |
| Defendants. | |

THIS MATTER having come before the Court on April 22, 2010 by Defendants, State of New Jersey Department of Corrections ("DOC"), Al Ortiz, James Barbo, George Hayman, and William Plantier (collectively, "DOC Defendants"); with Lum, Drasco & Positan, LLC (Michael Nestor, Esq. appearing), attorneys for DOC Defendants; Karen DeSoto, Esq., attorney for Plaintiff, Peter Hilburn; and William Flahive, Esq., attorney for Defendant, Fred Armstrong, appearing and the Court having reviewed the request of DOC Defendants, with the consent of Plaintiff and Defendant Armstrong, and for good cause shown;

333013_1

IT IS on this 26th day of April, 2010

**ORDERED** that DOC Defendants' request for an order setting a deadline for submission of reply briefs in further support of motions for summary judgment filed by DOC Defendants and Defendant Armstrong is hereby granted; and it is further

**ORDERED** that DOC Defendants shall file their reply brief in further support of their motion for summary judgment no later than May 3, 2010; and it is further

**ORDERED** that Defendant Armstrong shall file his reply brief in further support of his motion for summary judgment no later than May 3, 2010; and it is further

**ORDERED** that the motion date shall remain fixed as May 3, 2010.

WILLIAM J. MARTINI, U.S.D.J.