905A

JURY COMMUNICATION #  /

DATE: 4/4/12                                                JUDGE

CAPTION: Hilburn v NJDoC

DOCKET NO. 07-6064

Can we please have the documents from the expert witness (Mr. Timaney)

_____ 8
FOREPERSON JUROR #