JURY COMMUNICATION # 2

DATE: 4/4/12          JUDGE: Martini

CAPTION: Hellbern v. NJ DOC

DOCKET NO. 07-6064

May we have the experts second day of testimony re-read and can we take notes?

In addition, can we review the chart Dr. Linari used during that specific testimony.

Thank you

_____
FOREPERSON JUROR #