JURY COMMUNICATION # 3

DATE: 4/4/12                                    JUDGE   Martini

CAPTION: Hilburn v. NJAC

DOCKET NO. 07-6064

We have a verdict

_____ 8
FOREPERSON JUROR #